# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARE PLUS INSURANCE MARKETING, a California Corporation, and MIKE MASSAD, an individual,<br><br>    Plaintiffs,<br>  v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY aka CGLIC, DOES 1 through 100 inclusive,<br><br>    Defendants. | 1:10-cv-1836 AWI MJS<br><br>ORDER VACATING NOVEMBER 22, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant Connecticut General Life Insurance Company's motion to dismiss the complaint's second, third, and fourth causes of action has been set for hearing on November 22, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 22, 2010, is VACATED, and the parties shall not appear at that time. As of November 22, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 17, 2010

                                                    CHIEF UNITED STATES DISTRICT JUDGE