UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Care Plus Insurance Marketing, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Connecticut General Life Insurance, et. al.,<br><br>　　　　Defendant. | Case No. 1:10-cv-01836-AWI-MJS<br><br>ORDER DIRECTING DEFENDANTS TO COMPLETE AND RETURN THE ENCLOSED CONSENT FORM WITHIN SEVEN DAYS<br><br>CLERK TO SEND DEFENDANTS CONSENT FORM |

　　At the Scheduling Conference in this case, the Court directed the parties to prepare a joint notice stating whether they consented to Magistrate Judge jurisdiction. On March 28, 2011, counsel for Plaintiffs filed such Notice in full compliance with the Court's directive. (ECF No. 17.) The Notice stated that both parties consented to Magistrate Judge jurisdiction for all purposes, including trial, and was signed by Plaintiff's counsel. (Id.)

　　Although it appears clear that Defendant Connecticut General Life Insurance joins in the consent, the case cannot be reassigned to the Magistrate Judge until the Court has a consent signed by all parties. The Notice filed by Plaintiff's counsel is sufficient for

1

1 purposes of Plaintiff's consent. However, since Connecticut General Life Insurance did not
2 sign that Notice, the Court will need a signed statement from the Defendant as well.
3       Accordingly, the Clerk is DIRECTED to send a consent form to Defendant
4 Connecticut General Life Insurance along with a copy of this Order. Connecticut General
5 Life Insurance is to complete and sign the enclosed form and return it to the Court within
6 **seven (7)** days of receipt.

10 IT IS SO ORDERED.
11 Dated:  March 30, 2011       /s/ *Michael J. Seng*
   ci4d6                                        UNITED STATES MAGISTRATE JUDGE

2